# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 17CR0091-H |
| Plaintiff, | |
| v. | JUDGMENT AND ORDER OF DISMISSAL |
| JUANA RIVERA-MANCIA (5), | |
| Defendant. | |

Based upon the motion of the United States, the Court grants the government's motion to dismiss without prejudice the Indictment in the above entitled case against defendant Juana Rivera-Mancia. The defendant is hereby discharged as to this case only and the bench warrant issued on January 12, 2017 by Magistrate Judge Nita L. Stormes is hereby recalled.

IT IS SO ORDERED AND ADJUDGED.

DATED: July 11, 2018

_____
HONORABLE MARILYN L. HUFF
UNITED STATES DISTRICT JUDGE